Michael Rinne - SBN 242579
RINNE LEGAL
1990 North California Blvd - 8th Floor
Walnut Creek, California 94596
(916) 588-5011

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 09-45595 |
| | Hearing Date: March 1, 2010 |
| Scott A. Anderson | Hearing Time: 9:00 AM |
| | Courtroom: 28 |
| Laura L. Anderson | The Honorable Michael McManus |
| | Docket Control No.: RIN-02 |
| Debtors | |

## JOINT DECLARATION IN SUPPORT OF MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' BUSINESS

We, Scott A. Anderson and Laura L. Anderson, the Debtors herein, hereby submit this Declaration in Support of Motion for Order Compelling Abandonment of the Estate's Interest in Debtors' Business. This Declaration is based on the following facts:

1. Our case was commenced with the filing of a petition on November 23, 2009. Sheri Carello was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, we operate a business, Anderson Family Childcare. There are no business-related assets or liabilities.

3. We are aware that, under the provisions of Title 11, US Codes §721, only the Trustee has the authority to operate our business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

Declaration – Motion to Compel Abandonment          1

4. However, we assert that, based on the lack of any unexempt equity in any business equipment or inventory, there is no benefit to the estate to either operating OR shutting down this business.

Wherefore, we join with our attorney in moving this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in our business.

CERTIFICATION

We, Scott A. Anderson and Laura L. Anderson, hereby certify under penalty of perjury that we have read the foregoing Declaration in Support of Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Business.  We further certify that the contents thereof are true and correct to the best of our knowledge and belief.  Executed on January 21, 2010 at Dixon, CA.

                                        */s/ Scott A. Anderson*
                                        Scott A. Anderson

                                        */s/ Laura L. Anderson*
                                        Laura L. Anderson